IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DINAH LYNN JARRELL AND
DICKIE ALLEN JARRELL                                                                    PLAINTIFFS

VERSUS                                                              CIVIL ACTION NO. 1:04-cv-00798-RHW

ESTATE of JANE R. COLLINS, deceased,
DAVID C. FUTCH, ADMINISTRATOR                                                      DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on Motion of the parties *ore tenus* to dismiss the Plaintiffs' cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 12th day of January, 2007.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE

AGREED TO:

s/Lee J. Hunter, Jr., Esq.
LEE J. HUNTER, JR., ESQ.
ATTORNEY FOR PLAINTIFFS


s/David Krause, Esq.
DAVID KRAUSE, ESQ. - MS BAR # 101188
ATTORNEY FOR DEFENDANT